The Rice Firm, LLC Mail - Meeting to discuss Civil Rights Assessment Services

Case 1:20-cv-00096-ACA   Document 61-4   Filed 11/13/20   Page 1 of 29

11/13/20, 4:03 PM
FILED
2020 Nov-13  PM 07:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

 Gmail

Richard Rice <rrice@rice-lawfirm.com>

## Meeting to discuss Civil Rights Assessment Services
8 messages

---

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Thu, Feb 28, 2019 at 7:08 PM
To: "rrice@rice-lawfirm.com" <rrice@rice-lawfirm.com>

Good evening Richard,

I hope this email finds you well. Thanks for taking my call and speaking with me this evening.
How does your schedule look next week to meet for lunch to discuss providing a Civil Rights
assessment for our housing authority?

Thank you,



**Michael C. Threatt**
**Chief Executive Officer**

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150

---

**Richard Rice** <rrice@rice-lawfirm.com>                    Fri, Mar 1, 2019 at 7:30 AM
To: Richard Rice <rrice@rice-lawfirm.com>


Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

---

**Richard Rice** <rrice@rice-lawfirm.com>                    Fri, Mar 1, 2019 at 9:16 AM
To: Michael Threatt <Mthreatt@sylacaugaha.com>

Hi, Michael, It was good to speak with you yesterday. I am looking forward to learning more about an opportunity to work with
you in providing a Civil Rights Assessment for you all's housing authority. I am available on Wednesday, Thursday and Friday for
lunch. Just let me know what time works best for you and a location and I will meet you there. Best Regards, Richard
[Quoted text hidden]
--

Richard A. Rice
Attorney and Counselor at Law
The Rice Firm, LLC
http://www.ricefirmllc.com
420 20th Street North-Suite 2200
Birmingham, Alabama 35203
Office: 205.618.8733 ext 101
Mobile: 256.529.0462
Fax: 888.391.7193
RESULTS : INNOVATIVE : COMPASSIONATE

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, employee or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of the original e-mail message.

---

**Michael Threatt** <Mthreatt@sylacaugaha.com>                                      Sun, Mar 3, 2019 at 8:34 PM
To: Richard Rice <rrice@rice-lawfirm.com>

Good evening Richard,

I hope this email finds you well. Thanks for your email. How does your schedule look on Wednesday, March 6, 2019, at 10:30 a.m.?

April is coming to the office to meet at that time. I figured we could meet to discuss logistics, do a site tour of our apartments and the city; and end with a lunch that includes next steps for a plan of action.

Will this work for you?

In kind regards,



**Michael C. Threatt**
Chief Executive Officer

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150

---

**From:** Richard Rice <rrice@rice-lawfirm.com>
**Sent:** Friday, March 1, 2019 9:16:22 AM
**To:** Michael Threatt
**Subject:** Re: Meeting to discuss Civil Rights Assessment Services

[Quoted text hidden]

**Richard Rice** <rrice@rice-lawfirm.com>                    Mon, Mar 4, 2019 at 12:31 PM
To: Michael Threatt <Mthreatt@sylacaugaha.com>

Michael, Thank you for your email. Could we do a 11:15/11:30 start time? I have a hearing that morning and would probably need a little more time to make it to the meeting in Sylcauga. Thank you again for the opportunity and I will look for your confirmation. Best regards, Richard
[Quoted text hidden]

---

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Mon, Mar 4, 2019 at 4:41 PM
To: Richard Rice <rrice@rice-lawfirm.com>

Hello Richard,

I hope all is well. Thanks for your email. The 11:30 a.m. timeframe will work perfectly. I will send you a calendar invite.

Thank you,



Michael C. Threatt
Chief Executive Officer

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150

**"Chase the vision, not the money, the money will end up following you." - Tony Hsieh, Zappos CEO**

[Quoted text hidden]

---

**Richard Rice** <rrice@rice-lawfirm.com>                    Mon, Mar 4, 2019 at 6:29 PM
To: Michael Threatt <Mthreatt@sylacaugaha.com>

Ok I'll see you then.

Sent from my iPhone

On Mar 4, 2019, at 4:41 PM, Michael Threatt <Mthreatt@sylacaugaha.com> wrote:

Hello Richard,

I hope all is well. Thanks for your email. The 11:30 a.m. timeframe will work perfectly. I will send you a calendar invite.

Thank you,


<image001.png>

**"Chase the vision, not the money, the money will end up following you." - Tony Hsieh, Zappos CEO**

**From:** Richard Rice <rrice@rice-lawfirm.com>
**Sent:** Monday, March 4, 2019 12:31 PM
**To:** Michael Threatt <Mthreatt@sylacaugaha.com>
**Subject:** Re: Meeting to discuss Civil Rights Assessment Services

Michael, Thank you for your email. Could we do a 11:15/11:30 start time? I have a hearing that morning and would probably need a little more time to make it to the meeting in Sylcauga. Thank you again for the opportunity and I will look for your confirmation. Best regards, Richard

On Sun, Mar 3, 2019 at 8:34 PM Michael Threatt <Mthreatt@sylacaugaha.com> wrote:

Good evening Richard,

I hope this email finds you well. Thanks for your email. How does your schedule look on Wednesday, March 6, 2019, at 10:30 a.m.?

April is coming to the office to meet at that time. I figured we could meet to discuss logistics, do a site tour of our apartments and the city; and end with a lunch that includes next steps for a plan of action.

Will this work for you?

In kind regards,
<image001.png>

**From:** Richard Rice <rrice@rice-lawfirm.com>
**Sent:** Friday, March 1, 2019 9:16:22 AM

**To:** Michael Threatt
**Subject:** Re: Meeting to discuss Civil Rights Assessment Services

Hi, Michael, It was good to speak with you yesterday. I am looking forward to learning more about an opportunity to work with you in providing a Civil Rights Assessment for you all's housing authority. I am available on Wednesday, Thursday and Friday for lunch. Just let me know what time works best for you and a location and I will meet you there. Best Regards, Richard

On Thu, Feb 28, 2019 at 7:08 PM Michael Threatt <Mthreatt@sylacaugaha.com> wrote:

Good evening Richard,

I hope this email finds you well. Thanks for taking my call and speaking with me this evening. How does your schedule look next week to meet for lunch to discuss providing a Civil Rights assessment for our housing authority?

Thank you,
<image001.png>

--

Richard A. Rice

Attorney and Counselor at Law

The Rice Firm, LLC

http://www.ricefirmllc.com

420 20th Street North-Suite 2200

Birmingham, Alabama 35203

Office: 205.618.8733 ext 101

Mobile: 256.529.0462

Fax: 888.391.7193

RESULTS : INNOVATIVE : COMPASSIONATE

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, employee or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of

the original e-mail message.

[Quoted text hidden]

---

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Tue, Mar 5, 2019 at 9:51 PM
To: Richard Rice <rrice@rice-lawfirm.com>

Hello Richard,

I thought that you might be interested in this.

https://www.hudexchange.info/news/hud-seeks-applicants-for-funding-opportunity-to-train-civil-rights-professionals/

---

## HUD Seeks Applicants for $1.5 Million Funding Opportunity to Train Civil Rights Professionals - HUD Exchange

www.hudexchange.info

Overview. HUD's Office of Fair Housing and Equal Opportunity (FHEO) has announced $1.5 million in new funding to create and relaunch a specialized training academy dedicated to preparing civil rights professionals to combat housing discrimination.

---

Thank you,



**Michael C. Threatt**
Chief Executive Officer

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150

---

**From:** Richard Rice <rrice@rice-lawfirm.com>
**Sent:** Monday, March 4, 2019 6:29:31 PM
**To:** Michael Threatt

[Quoted text hidden]

[Quoted text hidden]

Case 1:20-cv-00096-ACA   Document 61-4   Filed 11/13/20   Page 8 of 29

 **Gmail**

Richard Rice <rrice@rice-lawfirm.com>

## Meeting with Richard Rice
1 message

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Mon, Mar 4, 2019 at 6:13 PM
To: Richard Rice <rrice@rice-lawfirm.com>

📄 **invite.ics**
     2K



Richard Rice <rrice@rice-lawfirm.com>

## Civil Rights Assessment - Sylacauga Housing Authority
2 messages

**Richard Rice** <rrice@rice-lawfirm.com>                                    Tue, Mar 12, 2019 at 6:17 PM
To: Michael Threatt <Mthreatt@sylacaugaha.com>

Hello, Michael, I want to thank you for the meeting last week with you and April and for the opportunity to provide the civil rights assessment for your Housing Authority. Please forward any additional details, timeline for deliverables, etc. to me at your convenience. I am looking forward to engaging this project and am truly excited to see where it leads. Best regards, Richard

--
Richard A. Rice
Attorney and Counselor at Law
The Rice Firm, LLC
http://www.ricefirmllc.com
420 20th Street North-Suite 2200
Birmingham, Alabama 35203
Office: 205.618.8733 ext 101
Mobile: 256.529.0462
Fax: 888.391.7193
RESULTS : INNOVATIVE : COMPASSIONATE

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, employee or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of the original e-mail message.

**Michael Threatt** <Mthreatt@sylacaugaha.com>                               Wed, Mar 13, 2019 at 10:45 AM
To: Richard Rice <rrice@rice-lawfirm.com>

Good morning Richard,


I hope this email finds you well. I apologize for the delayed response. I am in DC at Economic Justice conference and my staff is finaling the scope of work. I will have the final document within the next 24-48 hours.


I look forward to working with you as you conduct our Civil Rights and Quality of Life assessment.


Sincerely,



## Michael C. Threatt
### Chief Executive Officer

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150

---

**From:** Richard Rice <rrice@rice-lawfirm.com>
**Sent:** Tuesday, March 12, 2019 6:17:10 PM
**To:** Michael Threatt
**Subject:** Civil Rights Assessment - Sylacauga Housing Authority

[Quoted text hidden]

 **Gmail**

Richard Rice <rrice@rice-lawfirm.com>

## Fwd: Draft of Scope of Work for Fair Housing and Civil Rights Assessment
6 messages

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Tue, Mar 19, 2019 at 10:27 AM
To: "April H. Collins" <acollins@acollinslaw.com>, Richard Rice <rrice@rice-lawfirm.com>

FYI

Get Outlook for Android

---

**From:** T'onya Green
**Sent:** Wednesday, March 13, 2019 8:50:23 AM
**To:** Daniell Womack; Michael Threatt
**Subject:** Draft of Scope of Work for Fair Housing and Civil Rights Assessment

Good morning Daniell,

Attached is a rough draft of the Fair Housing and Civil Rights Scope of Work. Feel free to make changes to this document and let's discuss today. I would like to have this completed no later than tomorrow, March 14, 2019 by 3pm.

Thank you.

 **Dr. T'Onya Green, DPA**
**Chief Administrative Officer**

Cell: 256.626.4877
Desk: 256.249.0381 ext 2016
Email: tgreen@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150
sylacaugaha.com

Dreams become visions- Visions become actions- actions result in change. Live the vision to see the change!

---

**2 attachments**

📄 **FH and CR Assessment SCOPE OF WORK DESCRIPTION.docx**
21K

📄 **AFFH-Rule-Guidebook.pdf**
2485K

---

**April H. Collins** <acollins@acollinslaw.com>                    Thu, Mar 21, 2019 at 12:12 PM
To: Michael Threatt <Mthreatt@sylacaugaha.com>
Cc: Richard Rice <rrice@rice-lawfirm.com>

Hello Michael:

Thanks for sending this over.  After careful review of the Scope of Work, I have some concerns that I'd like to mention.  I will try to be brief and general in this email, but if you would like to discuss more in-depth, we can meet by phone at your convenience.

With the budget and time constraints listed in the Scope of Work, I do not believe we will be able to conduct a thorough fair housing and civil rights assessment.  Many of the Assessments of Fair Housing I have seen have been over 100 pages and take a lot of research and investigation.  After that is conducted, the plan must be drafted.  With the community participation and other requirements in this scope of work, this can take many months to complete.

Also, in the scope of work, the city is heavily involved.  I did not anticipate direct collaboration with the city on our project.  While I think it is very important to collaborate with the city on your Assessment of Fair Housing, I do not believe we will have the capacity to do that with the budget and time limits provided.

To my knowledge, HUD has not published the the maps and tables through the AFFH Data and Mapping Tool for your particular jurisdiction, which you would need for your Assessment of Fair Housing.

After reviewing this Scope of Work, I would propose that we provide an initial limited assessment based on our original discussions.  This assessment could be used in your Fair Housing Assessment at a later date.  If you would like a more robust and thorough Assessment of Fair Housing, it will likely require a larger budget and more time to complete.

Please let me know if you need more clarification.  I hope to hear from you soon.

*We have moved! Please note our new address.*

**April H. Collins**
**Attorney at Law**
**Collins Law, LLC**
**431 Lorna Square**
**Birmingham, Alabama 35216**
**Phone: (205) 588-1411**
**Fax:     (205) 588-0092**
**Email: ACollins@ACollinsLaw.com**
**Web:   www.ACollinsLaw.com**

**Author of "Only the Strong Thrive"**
**More Here:** www.onlythestrongthrive.com



Unless otherwise indicated or obvious from the nature of the above communication, the information contained in the above communication is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of the above communication.

[Quoted text hidden]

---

**Richard Rice** <rrice@rice-lawfirm.com>                                Thu, Mar 21, 2019 at 2:33 PM
To: "April H. Collins" <acollins@acollinslaw.com>
Cc: Michael Threatt <Mthreatt@sylacaugaha.com>

Michael, Thank you for the opportunity to work on this project with you. I believe it is timely and will be a cost effective endeavor for your PHA and the City to address these issues proactively. Additionally, undertaking such an endeavor is undoubtedly a reflection of strong leadership and may encourage other jurisdictions throughout the state and southeast to follow suit. With that said, I do agree with April and I too would like to address similar concerns with regard to the breadth of the scope of work and the limited resources (time and budget) devoted to this undertaking. I am available for a phone conference at your convenience. Best regards, Richard

[Quoted text hidden]
--
Richard A. Rice
Attorney and Counselor at Law
The Rice Firm, LLC
http://www.ricefirmllc.com
420 20th Street North-Suite 2200
Birmingham, Alabama 35203
Office: 205.618.8733 ext 101
Mobile: 256.529.0462
Fax: 888.391.7193
RESULTS : INNOVATIVE : COMPASSIONATE

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, employee or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of the original e-mail message.

---

**Michael Threatt** <Mthreatt@sylacaugaha.com>                           Thu, Mar 21, 2019 at 3:47 PM
To: Richard Rice <rrice@rice-lawfirm.com>, "April H. Collins" <acollins@acollinslaw.com>

Good afternoon April and Richard,

This is great news and feedback. I will follow-up with my staff as it relates to an administratively feasible scope of work. I agree with the cost-effective perspective that should include an assessment, plan, and training for both Fair Housing and Civil Rights. I will have more information soon. With this said, how does your schedule look in April to perform this work for the SHA?


Thank you,



**Michael C. Threatt**
Chief Executive Officer

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150


**"Chase the vision, not the money, the money will end up following you." - Tony Hsieh, Zappos CEO**


[Quoted text hidden]

---

**Richard Rice** <rrice@rice-lawfirm.com>                                        Thu, Mar 21, 2019 at 4:12 PM
To: Michael Threatt <Mthreatt@sylacaugaha.com>
Cc: "April H. Collins" <acollins@acollinslaw.com>

I have an unusually high number (for me) of depositions in April but no trial settings at this time so I would be available to perform the work we discussed on our tour of Sylacauga.
[Quoted text hidden]

---

**April H. Collins** <acollins@acollinslaw.com>                                  Fri, Mar 22, 2019 at 10:11 AM
To: Richard Rice <rrice@rice-lawfirm.com>
Cc: Michael Threatt <mthreatt@sylacaugaha.com>

Good morning:

I will be available to perform the work we initially discussed on our tour as well.  Please let us know if you will be sending over a revised scope of work.

Have a good weekend.  Talk to you soon.
[Quoted text hidden]

 Gmail

Richard Rice <rrice@rice-lawfirm.com>

## Fwd: OPPORTUNITY360 and Undesign the Redline
1 message

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Thu, Mar 14, 2019 at 2:24 PM
To: "April H. Collins" <acollins@acollinslaw.com>, Richard Rice <rrice@rice-lawfirm.com>

FYI

Get Outlook for Android

---

**From:** Opportunity360 <opportunity360@info.enterprisecommunity.org>
**Sent:** Thursday, March 14, 2019 9:01:15 AM
**To:** Michael Threatt
**Subject:** OPPORTUNITY360 and Undesign the Redline

                       View in a browser





## MARCH 20, 2019  |  2:00 P.M. - 3:00 P.M. ET

Register Today

Have you seen an "Undesign the Redline" exhibit? Created by social impact firm Designing the WE, the popular interactive exhibit uses maps and other historical documentation to trace the enormous role that race played in determining where people were allowed to live. It demonstrates how government policy, known as "redlining," created segregation and disinvestment in communities that persists to this day.

 

Enterprise Community Partners sponsored Undesign the Redline exhibits in cities across the U.S., including Denver and Cleveland. OPPORTUNITY360 provided additional maps showing the impacts of redlining on health, economic security, mobility, education and housing outcomes for each city.



In this one-hour webinar, we'll hear from **Braden Crooks**, co-founder of **Designing the WE** , members of the Enterprise teams in Denver and Cleveland, and representatives from community groups who assisted with the planning and implementation of the exhibit. We'll discuss patterns noticed in each city between historic redlining of the 1930's and current measures of opportunity in OPPORTUNITY360, the community's response to the exhibit, and the impact that the exhibit has had on the community groups involved with it.

**BRADEN CROOKS**
CO-FOUNDER, PARTNER
**designing the WE**

We hope you can join us for this engaging discussion of how Undesign the Redline and its hosts are helping to highlight this historical practice, the results of which are still being felt in neighborhoods today. **Register today!**

Invest with Us  |  Donate to Enterprise Community Partners, Inc.

**www.EnterpriseCommunity.org**

11000 Broken Land Parkway | Suite 700 | Columbia, MD 21044

Manage My Preferences or Unsubscribe

Privacy Policy

The Rice Firm, LLC Mail - Fwd: Your PIH Alert for March 28, 2019                                                11/13/20, 4:06 PM



Richard Rice <rrice@rice-lawfirm.com>

## Fwd: Your PIH Alert for March 28, 2019
1 message

**Michael Threatt** <Mthreatt@sylacaugaha.com>                                    Thu, Mar 28, 2019 at 1:58 PM
To: "April H. Collins" <acollins@acollinslaw.com>, Richard Rice <rrice@rice-lawfirm.com>

  FYI

  Get Outlook for Android

---

**From:** PIH Alerts <pihalerts@nanmckay.com>
**Sent:** Thursday, March 28, 2019 1:49:45 PM
**To:** PIH
**Subject:** Your PIH Alert for March 28, 2019



March 28, 2019                                                                   www.nanmckay.com

GENERAL NEWS

HUD Charges Facebook with Housing Discrimination

In a press release posted this morning, the Department of Housing and Urban Development (HUD) announced that it has filed a charge of housing discrimination against Facebook. The charge alleges that the policies and practices of Facebook violate the Fair Housing Act by allowing landlords and home sellers to use its advertising platform to engage in housing discrimination.

Today's announcement follows HUD's filing of a Secretary-initiated complaint in August 2018. HUD alleges that Facebook unlawfully discriminates based on race, color, national origin, religion, familial status, sex, and disability by restricting who can view housing-related ads on Facebook's platforms and across the internet. Further, HUD claims Facebook mines extensive data about its users and then uses those data to determine which of its users view housing-related ads based, in part, on these protected characteristics.

According to HUD's charge, Facebook enabled advertisers to exclude people whom Facebook

classified as parents, non-American-born, non-Christian, interested in accessibility, interested in Hispanic culture, or a wide variety of other interests that closely align with the Fair Housing Act's protected classes. HUD is also charging that Facebook enabled advertisers to exclude people based upon their neighborhood by drawing a red line around those neighborhoods on a map. Facebook also allegedly gave advertisers the option of showing ads only to men or only to women.

"Facebook is discriminating against people based upon who they are and where they live," said HUD Secretary Ben Carson. "Using a computer to limit a person's housing choices can be just as discriminatory as slamming a door in someone's face."

NHLP Posts Article on Status of VAWA 2013

The National Housing Law Project (NHLP) has posted a memo regarding the status of housing protections under the Violence against Women Reauthorization Act of 2013 (VAWA 2013). The memo, dated March 27, is titled "VAWA 2013's Housing Protections Did Not Expire When VAWA Was Not Reauthorized Last Year."

According to the memo and an accompanying bulletin, VAWA housing protections are still in force despite Congress's failure to reauthorize the act in 2018. VAWA 2013's statutory housing provisions and related implementing regulations and guidance by HUD and Rural Development continue to be in effect.

PH PROGRAM NEWS

PIH Issues Reminder for 2019 Op Sub Tools

In an email this morning to the Financial Management Division (FMD) mailing list, HUD's Office of Public and Indian Housing (PIH) announced that more than 90 percent of PHAs have downloaded the HUD-52723 and HUD-52722 Excel tools for calendar year (CY) 2019 from the operating fund web portal. PHAs must provide their completed CY 2019 Excel tools to their HUD field office by **April 9, 2019**.

PIH had previously announced that the Excel tools and user guides will be available only through the web portal beginning in calendar year 2019. Access to the portal may be requested through the agency's WASS coordinator. Questions may be directed to REAC.

HCV PROGRAM NEWS

HUD Updates Mainstream Voucher FAQs

The PIH office has posted an updated FAQ document containing guidance on implementation of the Mainstream Voucher Program. The FAQ revision date is March 22. Four new questions and answers have been added. The new questions are highlighted in yellow.

SUBSCRIPTION INFORMATION

For help with your PIH Alert subscription, e-mail Laurie Durrett. For questions and comments on content, e-mail Annie Stevenson. For access to previous PIH Alerts and newsletters, visit our archive. To view or post job announcements at our Web site, click here. To view our seminar calendar, click here. To read the NMA blog, click here.

Copyright © 2019 by Nan McKay and Associates

 **PIH Alert 3-28-19.pdf**
163K

The Rice Firm, LLC Mail - Fwd: ADECA | Request for Proposal for 2020-2024 Analysis of Impediments to Fair Housing Choice          11/13/20, 4:00 PM

Case 1:20-cv-00096-ACA   Document 61-4   Filed 11/13/20   Page 21 of 29


Gmail

## Fwd: ADECA | Request for Proposal for 2020-2024 Analysis of Impediments to Fair Housing Choice

1 message

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Fri, Apr 5, 2019 at 8:35 AM
To: Richard Rice <rrice@rice-lawfirm.com>, "April H. Collins" <acollins@acollinslaw.com>

Here is an opportunity for you.
Get Outlook for Android

---

**From:** Alabama Housing Finance Authority <communications@ahfa.ccsend.com> on behalf of Alabama Housing Finance Authority <dhoulditch@ahfa.com>
**Sent:** Friday, April 5, 2019 7:45:12 AM
**To:** Michael Threatt
**Subject:** ADECA | Request for Proposal for 2020-2024 Analysis of Impediments to Fair Housing Choice


**ALABAMA HOUSING FINANCE AUTHORITY**

Multifamily General Notice:
ADECA Request for Proposal for 2020-2024
Analysis of Impediments to Fair Housing Choice



The Alabama Department of Economic and Community Affairs (ADECA) Community and Economic Development Division (CED Division) is seeking proposals to be submitted from qualified entities who are interested in conducting the State of Alabama's "2020-2024 Analysis of Impediments to Fair Housing Choice" (the "2020-2024 AI"). Per guidance from the U.S. Department of Housing and Urban Development (HUD), an AI is required to be conducted every five years as part of the State's Five-Year Consolidated Plan for the Community Development

Block Grant Program (CDBG), Emergency Solutions Grant Program (ESG), HOME Partnerships Program (HOME), Housing Opportunities for Persons With AIDS Program (HOPWA), and Housing Trust Fund Program (HTF), which programs are funded by HUD and administered within the State of Alabama by the ADECA CED Division and the Alabama Housing Finance Authority (AHFA).

This RFP is available on the ADECA website at www.adeca.alabama.gov under the "About" drop down menu by clicking on the "Funding Opportunities" tab.
The ADECA CED Division's previous "2015-2019 Analysis of Impediments to Fair Housing Choice" was conducted for, and is an accompaniment to, the State of Alabama's 2015-2019 Five-Year Consolidated Plan for the CDBG, ESG, HOME, and HOPWA Programs. That 2015-2019 AI is available on the ADECA website (www.adeca.alabama.gov) under the "Divisions" drop down menu by clicking on the "Community and Economic Development" tab, then clicking on the "Community Development Programs" tab, then clicking on the "Strategic Plans and Action Plans" tab, then clicking on the "Alabama Analysis of Impediments to Fair Housing Choice" tab. That 2015-2019 AI is available here in English and Spanish.

Please note that pursuant to this RFP, any and all proposals that are submitted in response to this RFP are to be received by ADECA's CED Division via email on or before the close of business on May 15, 2019. If you have any questions concerning this RFP, please do not hesitate to contact Mr. Shabbir Olia, who serves as the Division Chief of the ADECA CED Division, by telephone at 334-242-5468 or by email at Shabbir.olia@adeca.alabama.gov, or contact Dr. Kathleen Rasmussen, who serves as the Statewide Initiatives Unit Chief within the ADECA CED Division, by telephone at 334-353-0323 or by email at Kathleen.rasmussen@adeca.alabama.gov.

**Alabama Housing Finance Authority** |
www.AHFA.com



Alabama Housing Finance Authority | P.O. Box 242967, Montgomery, AL 36124-2967

Unsubscribe mthreatt@sylacaugaha.com

Update Profile | About our service provider

Sent by dhoulditch@ahfa.com in collaboration with



Try it free today



Richard Rice <rrice@rice-lawfirm.com>

## Fair Housing Symposium
1 message

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Sun, Apr 7, 2019 at 8:44 PM
To: Richard Rice <rrice@rice-lawfirm.com>

📄 **invite.ics**
2K

 Gmail

Richard Rice <rrice@rice-lawfirm.com>

## Keynote Speaker for Fair Housing and Civil Rights Symposium
3 messages

**Michael Threatt** <Mthreatt@sylacaugaha.com>                                    Tue, Apr 2, 2019 at 2:30 PM
To: Richard Rice <rrice@rice-lawfirm.com>
Cc: Kathryn Bibbee <kbibbee@sylacaugaha.com>, Kristi Ladwig <Kladwig@sylacaugaha.com>

Good afternoon Attorney Richard Rice,

I hope this email finds you well. Thanks for speaking with me earlier and agreeing to be our Keynote Speaker for our first annual Fair Housing and Civil Rights Symposium. As stated during our conversation, covering the history of fair housing, equal opportunity, and civil rights while simultaneously explaining what these looks like in society today and in the future is a great way to introduce our quality of life initiative. I have copied our Public Affairs Officer, Katie Bibbee, and Resident Services Officer, Kristi Ladwig, on this email. They will follow-up with you with more details about this event.

Thank you,

 **Michael C. Threatt**
**Chief Executive Officer**

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150

**"Chase the vision, not the money, the money will end up following you." - Tony Hsieh, Zappos CEO**

**Richard Rice** <rrice@rice-lawfirm.com>                                    Sun, Apr 7, 2019 at 6:20 PM

To: Michael Threatt <Mthreatt@sylacaugaha.com>
Cc: Kathryn Bibbee <kbibbee@sylacaugaha.com>, Kristi Ladwig <Kladwig@sylacaugaha.com>

Thanks, Michael. Please confirm the date and time. Looking forward.

Sent from my iPhone

On Apr 2, 2019, at 2:30 PM, Michael Threatt <Mthreatt@sylacaugaha.com> wrote:

Good afternoon Attorney Richard Rice,

I hope this email finds you well. Thanks for speaking with me earlier and agreeing to be our Keynote Speaker for our first annual Fair Housing and Civil Rights Symposium. As stated during our conversation, covering the history of fair housing, equal opportunity, and civil rights while simultaneously explaining what these looks like in society today and in the future is a great way to introduce our quality of life initiative. I have copied our Public Affairs Officer, Katie Bibbee, and Resident Services Officer, Kristi Ladwig, on this email. They will follow-up with you with more details about this event.

Thank you,

<image001.png>

[Quoted text hidden]

---

**Michael Threatt** <Mthreatt@sylacaugaha.com>                    Sun, Apr 7, 2019 at 6:31 PM
To: Richard Rice <rrice@rice-lawfirm.com>
Cc: Kathryn Bibbee <kbibbee@sylacaugaha.com>, Kristi Ladwig <Kladwig@sylacaugaha.com>

Hello Atty. Rice,

I hope all is well on your end. The date is Thursday, April 25, 2019, from 10:00 a.m. -12:00 Noon.

I would like to personally thank you again for being our Keynote Speaker for this event. Please let me know if you need any more information.

Sincerely,



**Michael C. Threatt**
Chief Executive Officer

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150

---

**From:** Richard Rice <rrice@rice-lawfirm.com>
**Sent:** Sunday, April 7, 2019 6:20 PM
**To:** Michael Threatt
**Cc:** Kathryn Bibbee; Kristi Ladwig
**Subject:** Re: Keynote Speaker for Fair Housing and Civil Rights Symposium

[Quoted text hidden]

 **Gmail**

Richard Rice <rrice@rice-lawfirm.com>

## Keynote Speaker for Fair Housing and Civil Rights Symposium
2 messages

**Richard Rice** <rrice@rice-lawfirm.com>                            Mon, Apr 22, 2019 at 10:34 AM
To: Michael Threatt <Mthreatt@sylacaugaha.com>

Michael, Thank you again for this opportunity. I have a conflict that has arisen and it will prevent me from being able to attend the
Fair Housing and Civil Rights Symposium on April 25, 2019 in Sylacauga. I have prepared for the presentation so I am hopeful
that we will be able to reset it for another date and time. I have just learned of the conflict late last week due to the rescheduling of
several depositions we need to complete in order to be ready for an upcoming trial date. This is but one other reason why I see the
need to expand my practice so that we could honor both commitments. I apologize for any inconvenience this may have caused
you and hope that we will be able to reset the date. Thank you. Best regards, Richard

--
Richard A. Rice
Attorney and Counselor at Law
The Rice Firm, LLC
http://www.ricefirmllc.com
420 20th Street North-Suite 2200
Birmingham, Alabama 35203
Office: 205.618.8733 ext 101
Mobile: 256.529.0462
Fax: 888.391.7193
RESULTS : INNOVATIVE : COMPASSIONATE

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain
private, confidential and/or privileged information.  Any unauthorized review, use, disclosure or distribution is
prohibited.  If you are not the intended recipient, employee or agent responsible for delivering this message, please
contact the sender by reply e-mail and destroy all copies of the original e-mail message.

**Michael Threatt** <Mthreatt@sylacaugaha.com>                            Mon, Apr 22, 2019 at 12:02 PM
To: Richard Rice <rrice@rice-lawfirm.com>

Hello Richard,

I hope this email finds you well. I totally understand and we are so appreciative of your efforts to
assist the SHA with our goals. I am hopeful that we can reschedule soon and that we can utilize
this a catalyst for our fair housing and civil rights assessments. How does your schedule look
next week for a follow-up phone call?

I look forward to catching up with you soon

Thank you,



## Michael C. Threatt
### Chief Executive Officer

Cell: 256.626.4072
Desk: 256.249.0381 ext. 2002
Email: mthreatt@sylacaugaha.com
415 West 8th Street Sylacauga Alabama 35150

**From:** Richard Rice <rrice@rice-lawfirm.com>
**Sent:** Monday, April 22, 2019 10:34 AM
**To:** Michael Threatt
**Subject:** Keynote Speaker for Fair Housing and Civil Rights Symposium

[Quoted text hidden]