IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **Michael C. Threatt,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Sylacauga Housing Authority, Commissioners James Adams, Alma Jean Cook, Matt Hubbard, Patrick Lozito, Phillip Morris, and Mayor of Sylacauga Jim Heigl,**<br><br>**Defendants.** | **Civil Action No.**<br>**20-CV-00096-ACA** |

**MOVANTS' REPLY TO WINSTON COOKS, LLC'S
RESPONSE (DOC. 62) TO MOTION TO DISQUALIFY RICHARD RICE
AS COUNSEL FOR PLAINTIFF AND FOR ADDITIONAL RELIEF**

As noted in Movants' initial brief (Doc. 57), Movants are not aware of any prior attorney-client relationship between SHA and Winston Cooks, LLC, or of any unethical conduct on Winston Cooks, LLC's part.

As described in Movants' initial brief (Doc. 57 at pp. 23-25), however, the controlling precedent from the former Fifth Circuit in *Brennan's Inc. v. Brennan's Restaurants, Inc.*, 590 F.2d 168, 174 (5th Cir. 1979), requires, and Movants request, the Court inquire into whether Winston Cooks, LLC acquired information confidential to SHA from Rice in connection with their joint representation of

Michael C. Threatt v. Sylacauga Housing Authority, et al.
Civil Action No.: 20-CV-00096-ACA
*Reply to Winston Cooks, LLC's Response to Motion to Disqualify*

---

Threatt, in light of Rice's prior attorney-client relationship with SHA. In this Circuit, there is an "irrebuttable presumption that relevant confidential information was disclosed" in connection with Rice's prior attorney-client relationship with SHA. *Freund v. Butterworth*, 165 F.3d 839, 859-60 (11th Cir. 1999).

Respectfully submitted this 20th day of November, 2020.

| | |
|---|---|
| s/ *Brandi B. Frederick* | s/ *Barry V. Frederick* (w/permission) |
| Richard W. Lewis (ASB-1812-L75R) | Barry V. Frederick (ASB-1979-C65B) |
| Brandi B. Frederick (ASB-4725-B59B) | Attorney for Commissioner Alma Jean Cook |
| Attorneys for SHA, Commissioners Patrick Lozito, James Adams, Matt Hubbard, and Phillip Morris | |

OF COUNSEL:

Austill Lewis Pipkin & Maddox, P.C.
600 Century Park South, Suite 100
Birmingham, AL 35226
(205) 870-3767 phone
(205) 870-3768 fax
r-lewis@maplaw.com
bfrederick@maplaw.com

OF COUNSEL:

The Frederick Firm
5409 Trace Ridge Lane
Birmingham, AL 35244
(205) 739-0043 phone
(205) 739-0044 fax
barry@frederickfirm.net

Michael C. Threatt v. Sylacauga Housing Authority, et al.
Civil Action No.: 20-CV-00096-ACA
*Reply to Winston Cooks, LLC's Response to Motion to Disqualify*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 20th day of November, 2020, I served a copy of the above and foregoing on counsel for all parties by using the Court's ECF filing system that will send notification of such to all counsel of record, including:

Barry Vaughn Frederick
The Frederick Firm
5409 Trace Ridge Lane
Birmingham, AL  35244
Email Address: barry@frederickfirm.net
   Attorney For: Alma Jean Cook

C. David Stubbs
Stubbs, Sills & Frye P.C.
1724 South Quintard Avenue
Anniston, AL  36202
Email Address: david-ssf@cableone.net
   Attorney For: Jim Heigl

Roderick T. Cooks
Lee D. Winston
Winston Cooks, LLC
The Financial Center
505 20th Street North, Suite 815
Birmingham, AL  35203
Email Address: rcooks@winstoncooks.com;
lwinston@winstoncooks.com
   Attorney For: Michael C. Threatt

Richard A. Rice
The Rice Firm, LLC
420 20th Street
Suite 2200
Birmingham, AL  35203
Email Address: rrice@rice-lawfirm.com
   Attorney For: Michael C. Threatt

                                 s/ *Brandi B. Frederick*
                                 OF COUNSEL