Case 1:20-cv-00096-ACA   Document 64-1   Filed 11/20/20   Page 1 of 3

EXHIBIT 1

FILED
2020 Nov-20 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| Tags | Email Exports |
| Sender Name | Michael Threatt |
| Recipients | Heather Mueller <Hmueller@sylacaugaha.com>, Daniell Womack <Dwomack@sylacaugaha.com>, Nicole Daniels <Ndaniels@sylacaugaha.com> |
| Subject | Fwd: Fwd: Draft of Scope of Work for Fair Housing and Civil Rights Assessment |
| Sender Exchange Account | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=174E5D85E70D48DAB8ED81D3DDF7F2B5-MTHREATT |
| Creation Date/Time - UTC-04:00 (M/d/yyyy) | 7/19/2019 1:52:58 PM |
| Delivery Date/Time - UTC-04:00 (M/d/yyyy) | 7/19/2019 1:52:59 PM |
| Body | Good afternoon,<br><br>I hope all is well. I need your help with securing them these assessments.<br><br>Thank you,<br><br>Michael C. Threatt<br><br>Get Outlook for Android<br><br>**From:** April H. Collins <acollins@acollinslaw.com><br>**Sent:** Thursday, March 21, 2019 12:12:12 PM<br>**To:** Michael Threatt<br>**Cc:** Richard Rice<br>**Subject:** RE: Fwd: Draft of Scope of Work for Fair Housing and Civil Rights Assessment<br><br>Hello Michael:<br><br>Thanks for sending this over.  After careful review of the Scope of Work, I have some concerns that I'd like to mention.  I will try to be brief and general in this email, but if you would like to discuss more in-depth, we can meet by phone at your convenience.<br><br>With the budget and time constraints listed in the Scope of Work, I do not believe we will be able to conduct a thorough fair housing and civil rights assessment.  Many of the Assessments of Fair Housing I have seen have been over 100 pages and take a lot of research and investigation.  After that is conducted, the plan must be drafted.  With the community participation and other requirements in this scope of work, this can take many months to complete.<br><br>Also, in the scope of work, the city is heavily involved.  I did not anticipate direct collaboration with the city on our project.  While I think it is very important to collaborate with the city on your Assessment of Fair Housing, I do not believe we will have the capacity to do that with the budget and time limits provided.<br><br>To my knowledge, HUD has not published the the maps and tables through the AFFH Data and Mapping Tool for your particular jurisdiction, which you would need for your Assessment of Fair Housing.<br><br>After reviewing this Scope of Work, I would propose that we provide an initial limited assessment based on our original discussions.  This assessment could be used in your Fair Housing Assessment at a later date.  If you would like a more robust and thorough Assessment of Fair Housing, it will likely require a larger budget and more time to complete.<br><br>Please let me know if you need more clarification.  I hope to hear from you soon.<br><br>*We have moved! Please note our new address.*<br><br>**April H. Collins**<br>**Attorney at Law**<br>**Collins Law, LLC**<br>**431 Lorna Square**<br>**Birmingham, Alabama 35216**<br>**Phone: (205) 588-1411**<br>**Fax:    (205) 588-0092**<br>**Email:  ACollins@ACollinsLaw.com**<br>**Web:    www.ACollinsLaw.com**<br><br>**Author of "Only the Strong Thrive"**<br>**More Here: www.onlythestrongthrive.com**<br><br><br><br>Unless otherwise indicated or obvious from the nature of the above communication, the information contained in the above communication is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of the above communication.<br><br>-----Original Message-----<br>From: "Michael Threatt" <Mthreatt@sylacaugaha.com><br>Sent: Tuesday, March 19, 2019 10:27am<br>To: "April H. Collins" <acollins@acollinslaw.com>, "Richard Rice" <rrice@rice-lawfirm.com><br>Subject: Fwd: Draft of Scope of Work for Fair Housing and Civil Rights Assessment<br><br>FYI<br><br>Get Outlook for Android<br><br>**From:** T'onya Green **Sent:** Wednesday, March 13, 2019 8:50:23 AM **To:** Daniell Womack; Michael Threatt **Subject:** Draft of Scope of Work for Fair Housing and Civil Rights Assessment<br><br>Good morning Daniell,<br><br>Attached is a rough draft of the Fair Housing and Civil Rights Scope of Work. Feel free to make changes to this document and lets discuss today. I would like to have this completed no later than tomorrow, March 14, 2019 by 3pm.<br><br>Thank you.<br><br> **Dr. T'Onya Green, DPA**<br>Chief Administrative Officer<br>Cell: 256.626.4877<br>Desk: 256.249.0381 ext 2016<br>Email: tgreen@sylacaugaha.com<br>415 West 8th Street Sylacauga Alabama 35150<br>sylacaugaha.com<br><br>Dreams become visions- Visions become actions- actions result in change. Live the vision to see the change! |
| Folder Name | ndaniels@sylacaugaha.com.ost -> Inbox |
| Attachments | logoemail.jpg, image001.png |

# EXHIBIT 1

| | |
|---|---|
| Headers | Received: from BYAPR14MB3046.namprd14.prod.outlook.com (2603:10b6:406:a8::46) by BN6PR14MB1394.namprd14.prod.outlook.com with HTTPS via BN7PR11CA0033.NAMPRD11.PROD.OUTLOOK.COM; Fri, 19 Jul 2019 17:52:58 +0000<br>Authentication-Results: sylacaugaha.com; dkim=none (message not signed) header.d=none;sylacaugaha.com; dmarc=none action=none header.from=sylacaugaha.com;<br>Received: from BYAPR14MB2199.namprd14.prod.outlook.com (52.135.218.27) by BYAPR14MB3046.namprd14.prod.outlook.com (20.179.157.23) with Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.2094.11; Fri, 19 Jul 2019 17:52:56 +0000<br>Received: from BYAPR14MB2199.namprd14.prod.outlook.com ([fe80::45a5:a2f9:9ac8:b2f7]) by BYAPR14MB2199.namprd14.prod.outlook.com ([fe80::45a5:a2f9:9ac8:b2f7%7]) with mapi id 15.20.2073.012; Fri, 19 Jul 2019 17:52:56 +0000<br>Content-Type: application/ms-tnef; name="winmail.dat"<br>Content-Transfer-Encoding: binary<br>From: Michael Threatt <Mthreatt@sylacaugaha.com><br>To: Heather Mueller <Hmueller@sylacaugaha.com>, Daniell Womack <Dwomack@sylacaugaha.com>, Nicole Daniels <Ndaniels@sylacaugaha.com><br>Subject: Fwd: Fwd: Draft of Scope of Work for Fair Housing and Civil Rights Assessment<br>Thread-Topic: Fwd: Draft of Scope of Work for Fair Housing and Civil Rights Assessment<br>Thread-Index: AQHU4Ak7BYgYcXjGj0ymczPxkMlEQKbS81oP<br>Date: Fri, 19 Jul 2019 17:52:56 +0000<br>Message-ID: <BYAPR14MB2199B20F20DD5020627E729ACDCB0@BYAPR14MB2199.namprd14.prod.outlook.com><br>References: <BN7PR14MB22439D77A988D373300091F3C54A0@BN7PR14MB2243.namprd14.prod.outlook.com><br><DM6PR14MB3177EF9A525FCC5714CFAB2DCD400@DM6PR14MB3177.namprd14.prod.outlook.com>,<1553188332.523618173@apps.rackspace.com><br>In-Reply-To: <1553188332.523618173@apps.rackspace.com><br>Accept-Language: en-US<br>Content-Language: en-US<br>X-MS-Has-Attach: yes<br>X-MS-Exchange-Organization-SCL: -1<br>X-MS-TNEF-Correlator: <BYAPR14MB2199B20F20DD5020627E729ACDCB0@BYAPR14MB2199.namprd14.prod.outlook.com><br>MIME-Version: 1.0<br>X-MS-Exchange-Organization-MessageDirectionality: Originating<br>X-MS-Exchange-Organization-AuthSource: BYAPR14MB2199.namprd14.prod.outlook.com<br>X-MS-Exchange-Organization-AuthAs: Internal<br>X-MS-Exchange-Organization-AuthMechanism: 04<br>X-Originating-IP: [174.223.147.216]<br>X-MS-Exchange-Organization-Network-Message-Id: 00dd3669-e470-49c6-7537-08d70c71ee51<br>X-MS-PublicTrafficType: Email<br>Return-Path: Mthreatt@sylacaugaha.com<br>X-MS-Exchange-Organization-ExpirationStartTime: 19 Jul 2019 17:52:56.6767 |

| | | |
|---|---|---|
| | Headers | (UTC)<br>X-MS-Exchange-Organization-ExpirationStartTimeReason: OriginalSubmit<br>X-MS-Exchange-Organization-ExpirationInterval: 1:00:00:00.0000000<br>X-MS-Exchange-Organization-ExpirationIntervalReason: OriginalSubmit<br>X-MS-Office365-Filtering-Correlation-Id: 00dd3669-e470-49c6-7537-08d70c71ee51<br>X-Microsoft-Antispam:<br>BCL:0;PCL:0;RULEID:(2390118)(7020095)(4652040)(7021145)(8989299)(4534185)(7022145)(4603075)(4627221)(201702281549075)(8990200)(5600148)(711020)(4605104)(1401327)(2017052603328)(49563074)(7193020);SRVR:BYAPR14MB3046;<br>X-MS-TrafficTypeDiagnostic: BYAPR14MB3046:<br>X-MS-Exchange-PUrlCount: 3<br>X-MS-Oob-TLC-OOBClassifiers: OLM:5516;<br>X-Forefront-Antispam-Report:<br>SFV:SKI;SFS:;DIR:INB;SFP:;SCL:-1;SRVR:BYAPR14MB3046;H:BYAPR14MB2199.namprd14.prod.outlook.com;FPR:;SPF:None;LANG:en;<br>X-MS-Exchange-CrossTenant-OriginalArrivalTime: 19 Jul 2019 17:52:56.3868<br>(UTC)<br>X-MS-Exchange-CrossTenant-FromEntityHeader: Hosted<br>X-MS-Exchange-CrossTenant-Id: d49a5d2b-dec8-4296-a08d-d3035650aa8f<br>X-MS-Exchange-CrossTenant-Network-Message-Id: 00dd3669-e470-49c6-7537-08d70c71ee51<br>X-MS-Exchange-CrossTenant-MailboxType: HOSTED<br>X-MS-Exchange-CrossTenant-UserPrincipalName: Mthreatt@sylacaugaha.com<br>X-MS-Exchange-Transport-CrossTenantHeadersStamped: BYAPR14MB3046<br>X-MS-Exchange-Transport-EndToEndLatency: 00:00:01.9759949<br>X-MS-Exchange-Processed-By-BccFoldering: 15.20.2073.000<br>X-Microsoft-Antispam-Mailbox-Delivery:<br>        ucf:0;jmr:0;ex:0;auth:0;dest:I;ENG:(750119)(520011016)(706158)(944506303)(944626516);<br>X-Microsoft-Antispam-Message-Info:<br>        +b5+yhv9Yk1ztcpVYAPfXGF4HYwTYrwLFZ43FBoPmnioY48dDxUndW8AHTfR0ckuYCjJpT5YykanrbqZD6iY+zh/Q/c8S7h3p9Ji6VBvVz8N7YQ8Dr3N19S0guHmXWAroyMjZ8ZSek6MmSL9N0Nw1Z8M0gc3ICNF/+fbLcJBKz7m6ohyah22WFYD8K4avBtqyqZMmIGD9hoGeFo31PjnOUEZcHO+6KAkPREmrzd2tK38y0Q5ysyoE8f30euPwdsrylA0wBaeystEXS9hDIEjqd39TUn9cIoPfdJaaEahVtypsWt7RBHFPAXW2KWWvtTus7wfi6wRZSd/IEhZ1GUAPGL7lEzkFkyQRPJ73v/yspIfEO2vxme7P2PXN3YJ3lUbE6JZcvCUALZUS6xPg7p+jEsROzGfi1AEcgqMacmDBd9JvsyFQ35uUpKmYnO3PTMV |
| | Priority | Normal |
| | Importance | Normal |
| | Sensitivity | Normal |
| | Source | • E01Capture.E01 - Partition 3 (Microsoft NTFS, 916.97 GB) OS\Users\SHA\AppData\Local\Microsoft\Outlook\ndaniels@sylacaugaha.com.ost |
| | Location | • n/a |
| | Evidence number | • Laptop2 |
| | Recovery Method | • Parsing |