Case 1:20-cv-00096-ACA   Document 64-2   Filed 11/20/20   Page 1 of 3

FILED
2020 Nov-20 PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 2

11/18/2020                                        Services — The Rice Firm, LLC




# LEGAL SERVICES

The Rice Firm, LLC is a full service law firm located in the heart of downtown Birmingham, Alabama. Our services are as diverse as the clients we serve and include: Consumer Protection, Bankruptcy, Divorce, DUI Defense, Wrongful Foreclosure Defense, Immigration, Business Formation, Personal Injury, Products Liability, Employment Law and Small Business Consulting.

## PUBLIC INTEREST

Public interest law is the practice of law to further interests shared by the entire public or significant segments of it. The clients and issues handled by The Rice Firm, LLC reflect broad areas of public concern, including illegal discrimination, poverty alleviation, consumer protection, and equitable education. We also focus on the restoration of civil rights/liberties, prison issues, economic development, equality in education, racial/ethnic justice, voting rights, government accountability/reform and police/prison misconduct.

**REQUEST A CONSULTATION**

## PERSONAL INJURY

The Rice Firm LLC specializes in an area of law known as tort law which includes private or civil wrongs or injuries, including defamation and actions for bad faith breach of contract. Our main goal is to make the injured party whole




**REQUEST A CONSULTATION**

## CIVIL LITIGATION

The Rice Firm LLC also represents clients in civil law cases dealing with disputes between private parties, or negligent acts that cause harm to others. For example, if individuals or companies disagree over the terms of an agreement, or who owns land or buildings, or whether a person was wrongfully dismissed from their employment, they may file a lawsuit asking the courts to decide who is right. As well, the failure to exercise the degree of caution that an ordinarily prudent person would take in any situation may result in a negligence claim. Depending on the circumstances, a person may be held responsible for any damages or injury that occurs as a result of their negligence.

**REQUEST A CONSULTATION**

# SUBSCRIBE

Sign up with your email address to receive news and updates from The Rice Firm, LLC.



THE RICE FIRM, LLC 420 20th Street North, Suite 2200, Birmingham, AL 35203, USA (205)618-8733 rrice@rice-lawfirm.com

**ABOUT    SERVICES    PARTNERS    BLOG    YOUTUBE    IN THE NEWS    CONTACT**

The Rice Firm, LLC. All rights reserved.